**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan CARRILLO, a.k.a. Cholo,
Defendant–Appellant.**

**No. 12–50445.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 27, 2013.*

Filed Nov. 20, 2013.

Before: HUG, FARRIS, and LEAVY, Circuit Judges.

MEMORANDUM **

Juan Carrillo appeals from the district court's judgment and challenges the condition of supervised release requiring him to abstain from consuming alcohol. We have

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Carrillo did not object to the condition of supervised release in the district court, and we therefore review for plain error. *See United States v. Maciel–Vasquez,* 458 F.3d 994, 996 n. 3 (9th Cir.2006). Because there is "some indication in the record of a problem of abuse," the district court did not plainly err when it imposed the condition of supervised release requiring Carrillo to abstain from alcohol. *See United States v. Betts,* 511 F.3d 872, 881 (9th Cir.2007); *see also United States v. Vega,* 545 F.3d 743, 747–48 (9th Cir.2008) (recognizing the connection between drug abuse and alcohol abuse when affirming a condition of supervised release prohibiting the consumption of alcohol).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.